1  AZADIAN LAW GROUP, PC
   GEORGE S. AZADIAN (SBN 253342)
2  EDRIK MEHRABI (SBN 299120)
   790 E. Colorado Blvd., 9th Floor
3  Pasadena, California 91101
   Tel: (626) 449-4944
4  Fax: (626) 628-1722

5  Attorneys for Plaintiff
   CAROLYN MEDIAN
6
   MICHAEL LINDSAY (SBN: 110845)
7  mlindsay@nixonpeabody.com
   ALICIA C. ANDERSON (SBN: 260937)
8  aanderson@nixonpeabody.com
   IRENE SCHOLL-TATEVOSYAN (SBN: 301568)
9  itatevosyan@nixonpeabody.com
   NIXON PEABODY LLP
10 300 S. Grand Avenue, Suite 4100
   Los Angeles, CA  90071-3151
11 Tel:   213-629-6000
   Fax:   213-629-6001
12
   Attorneys for Defendants
13 KAISER FOUNDATION HEALTH PLAN,
   INC., KAISER FOUNDATION HOSPITALS
14 AND SOUTHERN CALIFORNIA
   PERMANENTE MEDICAL GROUP
15

16              **UNITED STATES DISTRICT COURT**

17              **CENTRAL DISTRICT OF CALIFORNIA**

18

| | |
|---|---|
| 19  CAROLYN MEDINA, an individual, | Case No.:  2:16-CV-03109-PSG (JCx) |
| 20                     Plaintiff, | **ORDER APPROVING STIPULATION FOR PROTECTIVE ORDER (DOCKET NO. 27)** |
| 21      vs. | |
| 22  SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, a partnership; KAISER FOUNDATION HOSPITALS, a corporation; KAISER FOUNDATION HEALTH PLAN, INC., a corporation; and DOES 1 through 10 inclusive, | |
| 26              Defendants. | |

27

28

[PROPOSED] ORDER
**2:16-cv-03109 PSG (JC)**

4822-7257-3505.1

# **ORDER**

THE COURT APPROVES THE STIPULATION FOR PROTECTIVE ORDER FILED ON JANUARY 31, 2017 (DOCKET NO. 27) AND ADOPTS IT AS A COURT ORDER.

IT IS SO ORDERED.

DATED: February 1, 2017          _____/s/_____
                                 Jacqueline Chooljian
                                 United States Magistrate Judge

[PROPOSED] ORDER
**2:16-cv-03109 PSG (JC)**

4822-7257-3505.1