E-FILED-8/7/17
LINK# 79

MICHAEL R. LINDSAY (SBN: 110845)
mlindsay@nixonpeabody.com
ALICIA C. ANDERSON (SBN: 260937)
acanderson@nixonpeabody.com
IRENE SCHOLL-TATEVOSYAN (SBN: 301568)
itatevosyan@nixonpeabody.com
NIXON PEABODY LLP
300 S. GRAND AVE., SUITE 4100
LOS ANGELES, CA 90071-3151
Tel: 213-629-6000
Fax: 213-629-6001

Attorneys for Defendants
KAISER FOUNDATION HEALTH PLAN,
INC., KAISER FOUNDATION HOSPITALS
AND SOUTHERN CALIFORNIA
PERMANENTE MEDICAL GROUP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN MEDINA, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, a partnership; KAISER FOUNDATION HOSPITALS, a corporation; KAISER FOUNDATION HEALTH PLAN, INC., a corporation; and DOES 1 through 10 inclusive,<br><br>    Defendants. | Case No. 2:16-CV-03109-PSG (JCx)<br><br>**[PROPOSED] JUDGMENT**<br><br>Honorable Philip S. Gutierrez<br>Date Action Filed: March 15, 2016 |

The Court, having granted the Motion for Summary Judgment filed by Defendants Kaiser Foundation Health Plan, Inc., Kaiser Foundation Hospitals, and Southern California Permanente Medical Group ("Defendants") as it pertains to Plaintiff Carolyn Medina's ERISA claim (Fourth Cause of Action) in her First

Amended Complaint, with a remand of the remaining state law claims, and having considered the Request for Entry of Judgment also filed by Defendants, hereby GRANTS Defendants' Request for Entry of Judgment and orders as follows:

1. Plaintiff Carolyn Medina shall take nothing from Defendants;
2. The Fourth Cause of Action in the First Amended Complaint filed by Plaintiff Carolyn Medina against Defendants shall be and is hereby DISMISSED WITH PREJUDICE;
3. Judgment in the federal litigation is hereby entered in favor of Defendants, and against Carolyn Medina; and

**IT IS SO ORDERED**.

DATED: August 7, 2017

**PHILIP S. GUTIERREZ**
HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT COURT JUDGE